PER CURIAM.
We conclude that there is no inconsistency of verdicts. See McKee v. State, 450 So.2d 563 (Fla. 3d DCA 1984); Streeter v. State, 416 So.2d 1203 (Fla. 3d DCA 1982); McIntosh v. State, 211 So.2d 256 (Fla. 3d DCA 1968); see also § 806.03(3), Fla.Stat. (1987). There was no error in the denial of the motion for judgment of acquittal. White v. State, 446 So.2d 1031, 1035 (Fla.1984); Johnson v. State, 478 So.2d 885 *227 (Fla. 3d DCA 1985), appeal dismissed, 488 So.2d 830 (1986).
Affirmed.